# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0062

VERSUS

RODNEY WHITE

**MARCH 27, 2023**

---

In Re:   Rodney White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 299127.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** There is no record of an application for postconviction relief, allegedly filed on November 28, 2019. The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on January 18, 2023, the commissioner ordered the district attorney to file any procedural objections or an answer to relator's application for postconviction relief, filed on May 11, 2021, and supplemented on May 26, 2021. Therefore, the district court is moving toward disposition of relator's postconviction relief application.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_q.S_

---

DEPUTY CLERK OF COURT
FOR THE COURT